UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GEOFFREY T OGDEN,

Defendant.

CVB Case No. 9:26-po-05022

Ticket No. F5479286

Location Code: M10

Disposition Code:  NC

## JUDGMENT IN A CRIMINAL CASE

On March 5, 2026, Defendant, GEOFFREY T OGDEN, appeared before the Court for an initial appearance on the above-referenced violation notice charging him with TRAFFIC OFFENSES, OTHER. At that time, the Government moved to dismiss violation  No. F5479286.

Having considered the Government's motion, and good cause appearing,

IT IS HEREBY ORDERED that the Government's Motion to Dismiss Violation No. F5479286 is GRANTED, and the charge set forth in the violation notice is DISMISSED.

Dated this 17th day of March, 2026.

Kathleen L. DeSoto
United States Magistrate Judge